**574**

**CITY OF WICHITA FALLS, for Use and Benefit of L. E. WHITHAM & CO. v. L. M. CRUNK WILLIAMS et al.**

No. 17888.

Supreme Court of Texas.

Jan. 21, 1931.

Milburn E. Nutt and R. Wayne Frank, both of Wichita Falls, and Black & Graves, of Austin, for plaintiffs in error.

W. E. Wilson and Charles I. Francis, both of Wichita Falls, for defendants in error.

PER CURIAM.

This case was before us the last term of court on certified questions. The questions were all answered adversely to the plaintiffs in error. The application for writ of error is therefore refused for the reasons given in the opinion previously rendered by this court. City of Wichita Falls, for Use and Benefit of L. E. Whitham & Co. v. Williams et al., 26 S.W.(2d) 910.